UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

NESTOR A PROVEYER, CASE NO. 1:26-cv-20974-KMM

Plaintiff,

vs.

MAR OCEAN, LLC
a Florida Profit Corporation

Defendant,

MURGADO AUTOMOTIVE GROUP, INC.
a Florida Profit Corporation

Defendant,
_____________________________________________/

## NOTICE OF SETTLEMENT

Plaintiff, NESTOR A PROVEYER by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, NESTOR A PROVEYER and Defendant, MAR OCEAN LLC and MURGADO AUTOMOTIVE GROUP, INC have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 60 days to finalize all documents before dismissing the case.

Respectfully Submitted,

MENDEZ LAW OFFICES, PLLC
Attorney for Plaintiff
P.O. BOX 228630
Miami, Florida 33222
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###